***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

Submitted May 6, affirmed June 29, 2022

Hamid Michael HEJAZI,
*Plaintiff-Appellant,*

*v.*

OREGON SECRETARY OF STATE
and State of Oregon,
*Defendants.*

Lane County Circuit Court
20AD0013; A175339

R. Curtis Conover, Judge.

Hamid Michael Hejazi filed the brief *pro se*.

Before James, Presiding Judge, and Aoyagi, Judge, and Joyce, Judge.

PER CURIAM

Affirmed. *Hejazi v. Gifford*, 314 Or App 534, 499 P3d 151 (2021).